**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6182**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TRAVIS THOMPSON,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., District Judge. (CR-98-722-3, CA-00-3416-20)

─────────────

Submitted: April 27, 2001                    Decided: May 4, 2001

─────────────

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Travis Thompson, Appellant Pro Se. E. Jean Howard, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Travis Thompson appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. <u>See</u> <u>United States v. Thompson</u>, Nos. CR-98-722-3; CA-00-3416-20 (D.S.C. Nov. 8, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We recently held in <u>United States v. Sanders</u>, ___ F.3d ___, 2001 WL 369719 (4th Cir. Apr. 13, 2001) (No. 00-6281), that the new rule announced in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000) is not retroactively applicable to cases on collateral review. Accordingly, Thompson's <u>Apprendi</u> claim is not cognizable.